IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
GREAT FALLS DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA, | ) Case No.: CV-22-017-GF-BMM |
| Plaintiff, | ) ORDER OF DISMISSAL WITH ) PREJUDICE |
| vs. | ) |
| OFC. BLANCO, et al., | ) |
| Defendants. | ) |

The parties, having filed their Joint Motion to Dismiss Civil Rights Complaint with Prejudice, and good cause appearing;

IT IS ORDERED that this matter is dismissed with prejudice as all claims and disputes have been fully resolved. All parties to pay their own expenses incurred.

DATED this 26th day of April 2023.

_____
John Johnston
United States Magistrate Judge